IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 2:16-CV-14329-RLR

SANTIAGO ABREU,

    Plaintiff

v.

S & H BUSINESS, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, S & H Business, Inc., pursuant to S.D. Fla. L.R. 16.2(f)(2), on behalf of itself and the Plaintiff, Santiago Abreu, gives notice that the parties have reached an agreement to settle this matter subject to the Court's approval of their settlement. The Parties request 21 days to document and execute their settlement agreement and to submit an appropriate motion for approval of their settlement and a proposed Order concluding the case.

DATED this 27th day of September, 2016    Respectfully submitted,

    /s/ Courtney B. Wilson
    Courtney B. Wilson, Esq.
    Florida Bar No. 0614580
    E-Mail: cwilson@littler.com
    Secondary: kljackson@littler.com
    LITTLER MENDELSON, P.C.
    Wells Fargo Center
    333 SE 2nd Avenue, Suite 2700
    Miami, FL 33131
    Telephone: (305) 400-7500
    Facsimile: (305) 675-8497

    COUNSEL FOR DEFENDANT,
    S & H BUSINESS, INC.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 27th day of September, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or Parties who are not authorized to receive electronically Notices of Electronic Filing.

        BY: /s/ *Courtney B. Wilson*
              Courtney B. Wilson, Esq.

## SERVICE LIST

*COUNSEL FOR PLAINTIFF*

Jason S. Weiss, Esq.
Florida Bar No. 356890
E-Mail:  Jason@jswlawyer.com
Peter S. Leiner, Esq.
Florida Bar No. 104527
E-Mail:  Peter@jswlawyer.com
WEISS LAW GROUP, P.A.
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Telephone:  (954) 573-2800
Facsimile:   (954) 573-2798


*COUNSEL FOR DEFENDANT*

Courtney B. Wilson, Esq.
Florida Bar No. 0614580
E-mail: cwilson@littler.com
Secondary:  kljackson@littler.com
Littler Mendelson, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile:  (305) 603-2552

Firmwide:142998191.1 090470.1001